# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number | 12-16752

Case Title | Hal Levitte v. Google Inc.

**assigned for hearing:**

Date | 12/09/2014    Time | 9:00 AM    Courtroom | 2

Location | James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco, CA 94103

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | Michael G. Rhodes

Address | COOLEY LLP, 101 California Street, 5th Floor

City | San Francisco    State | CA    Zip Code | 94111-5800

Phone | (415) 693-2000    Email Address | mrhodes@cooley.com

Party/parties represented | Defendant-Appellee, Google Inc.

Special needs you may require in the courtroom |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | /s/ Michael G. Rhodes    Date | 10/08/2014

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190